

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

November 3, 2015

John Henry
Law Offices of John Henry, P.C.
407 W Liberty St
Round Rock, TX 78664-5127
* DELIVERED VIA E-MAIL *

William M. Nichols
william m. nichols, p.c.
9601 McAllister Fwy Ste 1250
San Antonio, TX 78216-5150
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-15-00564-CV
         Trial Court Case Number:   2014CV02451
         Style: North Whiteville Urgent Care & Family Practice, P.A.
             v.
             United Biologics, LLC d/b/a United Allergy Services

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

                    Very truly yours,
                    KEITH E. HOTTLE, CLERK

                    Luz Estrada
                    Deputy Clerk, Ext. 53219



# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-15-00563-CV

**HOLLY RIDGE HEALTHCARE, P.A.,**
Appellant

v.

**UNITED BIOLOGICS, LLC** d/b/a United Allergy Services,
Appellee

No. 04-15-00564-CV

**NORTH WHITEVILLE URGENT CARE & FAMILY PRACTICE, P.A.,**
Appellant

v.

**UNITED BIOLOGICS, LLC** d/b/a United Allergy Services,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2014CV02437 & 2014CV02451
Honorable Jason Wolff, Judge Presiding

## O R D E R

The separate but related causes underlying these appeals both stem from suits originally filed in Bexar County Court at Law No. 2, Bexar County, Texas. The Appellant in each appeal has moved this court to consolidate the appeals. The appellants state the appeals involve the same Appellee and the bases of the claims and relief, the trial court, and the procedural history are virtually identical, and the issues on appeal are identical.

Having reviewed the clerk's records and considered the motions to consolidate, we conclude that the appeals should be consolidated for purposes of any further orders, submission, opinion, judgment, and mandate. Appellant's Motion to Consolidate Appeals is GRANTED.

We ORDER appeals numbered 04-15-00563-CV and 04-15-00564-CV consolidated into a single appeal numbered 04-15-00563-CV. The two previously separate appeals will proceed as one appeal numbered 04-15-00563-CV. All aspects of the formerly separate appeals are to be

presented and argued in one Appellants' brief, one Appellees' brief, and one reply brief; each brief must comply with the Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1, 38.2, 38.3. If oral argument is ordered, the consolidated appeal must be argued within the applicable time limits for a single appeal. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 9.1. This court will dispose of the consolidated appeal with one opinion, judgment, and mandate.

We ORDER the clerk of this court to ensure that copies of all filings and correspondence relating to appeals 04-15-00563-CV and 04-15-00564-CV are transferred into appeal number 04-15-00563-CV. Further, we ORDER the clerk to administratively close the appeal numbered 04-15-00564-CV.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2015.

Keith E. Hottle
Clerk of Court